```
           UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Peter Dugas

    v.                              Civil No. 03-cv-376-JD

Warden, New Hampshire
State Prison


O R D E R

Re: Document No. 27, Assented to Motion to Produce Evidence

Ruling:

    Granted.  The New Hampshire State Police Forensic Laboratory, the Nashua Fire Marshal's Office, the Nashua Police Department, and Winnipesauke Associates of Gilford, New Hampshire, shall turn over those items collected by the State as evidence in this matter and identified by Michael Higgins to petitioner's counsel, Daniel Laufer, promptly, for testing by Mr. Higgins.

    SO ORDERED.

                                              */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  December 19, 2005

cc:  Stephen D. Fuller, Esquire
     Daniel A. Laufer, Esquire